PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAYTH SHAMARIAH JONES, DONALD CONFERLETE CARNEY, AND JONTE DEON SCOTT,<br><br>Defendants. | CASE NO. 2:20-CR-32-WBS<br><br>FINDINGS AND ORDER RE: EXCLUSION OF TIME PERIODS UNDER SPEEDY TRIAL ACT |

**FINDINGS AND ORDER**

These findings and order memorialize the findings and order the Court made during the Status Conference on February 2, 2021. The Court hereby finds that the reasons laid out in the government's oral motion demonstrate sufficient facts that provide good cause for a finding of excludable time as to all defendants pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h). Specifically, the Court finds that the government's oral motion to exclude time as to all defendants demonstrates good cause to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) for effective preparation as to all defendants. Finally, the Court finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would result in a miscarriage of justice.

Time is hereby excluded under the Speedy Trial Act between February 2, 2021 and March 8,

1. 2021, inclusive.

2. Dated: March 11, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE