PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAYTH SHAMARIAH JONES, DONALD CONFERLETE CARNEY, AND JONTE DEON SCOTT,<br><br>Defendants. | CASE NO. 2:20-CR-32-WBS<br><br>FINDINGS AND ORDER RE: EXCLUSION OF TIME PERIODS UNDER SPEEDY TRIAL ACT |

**FINDINGS AND ORDER**

These findings and order memorialize the findings and order the Court made during the Status Conference on March 8, 2021. The Court found that there was good cause to exclude time between March 8 and March 29, 2021, for all defendants. As to Ms. Jones, there was good cause given that her counsel indicated he required further time to review discovery and prepare for trial. As to Mr. Carney, there was good cause to exclude time given that the period of time was not unreasonable, the time for trial had not run, and no motion for severance had been granted. As to Mr. Scott, there was good cause to exclude time for both reasons – effective preparation and because the period of time was not unreasonable, the time for trial had not run, and no motion for severance had been granted.

Having heard and considered the motion and evidence, the Court hereby finds that the reasons laid out in the government's oral motion demonstrate sufficient facts that provide good cause for a

finding of excludable time as to all defendants pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h).

Specifically, the Court finds that the government's oral motion to exclude time demonstrates good cause to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) for effective preparation as to Ms. Jones and Mr. Scott.

The Court further finds that the Government's oral motion establishes a separate basis to exclude time as to Mr. Scott and Mr. Carney pursuant to 18 U.S.C. § 3161(h)(6), which states that time shall be excluded for "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted."

Finally, the Court finds that, as to all defendants,: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would result in a miscarriage of justice.

Time is hereby excluded under the Speedy Trial Act between March 8, 2021 and March 29, 2021, inclusive.

Dated:  March 11, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE