PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAYTH SHAMARIAH JONES,<br><br>Defendant. | CASE NO. 2:20-CR-00032-01 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 4, 2021.

2. By this stipulation, defendant now moves to continue the status conference until November 15, 2021 at 9:00 a.m., and to exclude time between October 4, 2021, and November 15, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a)   The discovery in this case includes many hours of video footage, multiple written reports, and numerous photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  In addition, the government produced approximately 6,000 jail calls from Jones's former co-defendants – Scott and Carney.  Since

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

their disclosure in May 2021, Ms. Jones's counsel, Mr. Thompson, has been diligently reviewing these calls. However, these calls number in the hundreds of hours. In addition, the parties have been working diligently toward resolution of the case and anticipate a guilty plea may occur at the next court appearance.

    b)    Counsel for defendant desires additional time to review the discovery referenced above and consult with his client about resolving the case.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2021 to November 15, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 27, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: September 27, 2021

/s/ JARED THOMPSON
JARED THOMPSON
Counsel for Defendant
FAYTH SHAMARIAH JONES

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: September 28, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE