PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00032-01 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FAYTH JONES, | |
| Defendant. | |

**STIPULATION**

1.      By previous order this matter was set for status conference on November 15, 2021. Docket No. 166.  The defendant is out of custody on conditions of release.  Docket No. 47.

2.      By this stipulation, the parties now move to vacate the currently set status conference date, and set a further status conference date of January 24, 2022 at 9:00 a.m., and to exclude time between November 15, 2021 and January 24, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The United States previously produced written reports and related materials, as well as a voluminous set of audio recordings and other discoverable items to defense counsel.

b)      Counsel for defendant desires additional time to review the discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for a future trial, or resolution of the pending charges against the defendant.

///

1

2

3

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4

        d)      The government does not object to the continuance.

5

6

7

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8

9

10

11

12

13

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2021 to January 24, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

14

15

16

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

17

IT IS SO STIPULATED.

18

19

Dated: November 10, 2021               PHILLIP A. TALBERT
                                      Acting United States Attorney

20

21

                                    */s/ Jason Hitt*
                                    JASON HITT

22

                                    Assistant United States Attorney

23

24

Dated: November 10, 2021               */s/ Jason Hitt for Jared Thompson*
                                    JARED THOMPSON, Esq.

25

                                    Counsel for Defendant
                                    Fayth Jones

26

                                    Authorized to sign for Mr. Thompson on November 10, 2021

27

28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  November 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE