JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
**Fayth Jones**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00032 |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| vs. | |
| FAYTH SHAMARIAH JONES, | |
| Defendant | |

The Defendant, FAYTH JONES, by and through her attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Jason Hitt, hereby stipulate as follows:

1. By previous order this matter was set for status conference on May 31, 2022. The defendant is out of custody on conditions of release.

2. By this stipulation, the parties now move to vacate the currently set status conference date, and set a further status conference of August 1, 2022 at 9 a.m., and to exclude time between May 31, 2022 and August 1, 2022 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States previously produced written reports and related materials, as well as a voluminous set of audio recordings and other discoverable items to defense counsel.

    b. Counsel for defendant requires additional time to review the discovery, consult

Stipulation Regarding Excludable Time Periods Under Speedy Trial Act- 1

with his client, conduct investigation and research related to the charges, and to otherwise prepare for a future trial, or resolution of the pending charges against the defendant.

c. The parties have previously discussed resolution and are working towards a negotiated plea agreement.

d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 31, 2022, to August 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  May 23, 2022                    Humphrey & Thompson, Attorneys at Law


                                        By: /s/  Jared M. Thompson
                                             JARED THOMPSON, Attorney for
                                             Defendant, Fayth Jones


DATED:  May 23, 2022                    United States Attorney's Office

                                        By: /s/  Jason Hitt
                                             JASON HITT
                                             Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

Stipulation Regarding Excludable Time Periods Under Speedy Trial Act- 3

**ORDER**

**IT IS SO FOUND AND ORDERED:**

Dated: May 24, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE