PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FAYTH JONES,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:20-CR-00032-01 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1. By previous order this matter was set for status conference on October 17, 2022. The defendant is out of custody on conditions of release. Docket No. 47.

2. By this stipulation, the parties now move to vacate the currently set status conference date, and set a further status conference/entry of plea date of November 14, 2022 at 9:00 a.m., and to exclude time between October 17, 2022, and November 14, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The United States previously produced written reports and related materials, as well as a voluminous set of audio recordings and other discoverable items to defense counsel.

　　b) The parties have reached an agreement for a guilty plea in the case. However, defense counsel needs additional time to review the agreement, go over the Guidelines calculations with his client, and prepare the defendant for entry of plea.

c) In addition, counsel for defendant desires additional time to review the discovery, consult with his client, complete investigation and research related to sentencing exposure, and prepare for resolution of the pending charges against the defendant.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2022, to November 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 11, 2022                         PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ *Jason Hitt*
                                                JASON HITT
                                                Assistant United States Attorney

Dated: October 11, 2022                         /s/ *Jason Hitt for Jared Thompson*

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                          2

JARED THOMPSON, Esq.
Counsel for Defendant
Fayth Jones
Authorized to sign for Mr. Thompson on
October 11, 2022

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 12, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE