JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
**Fayth Jones**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAYTH SHAMARIAH JONES,<br><br>Defendant | Case No. 2:20-CR-00032-01 WBS<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER** |
|---|---|

The Defendant, FAYTH JONES, by and through her attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Jason Hitt, hereby stipulate as follows:

1. By previous order this matter was set for status conference on November 14, 2022. The defendant is out of custody on conditions of release.

2. By this stipulation, the parties now move to vacate the currently set status conference date, and set a further status conference of December 19, 2022 at 9:00 a.m., and to exclude time between November 14, 2022 and December 19, 2022 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States and the Defendant have entered into a plea agreement to resolve this case. The executed plea agreement was provided to the court on October 26, 2022.

    b. When the status conference was continued by stipulation to November 14, 2022, counsel for the defendant calendared the hearing as a Zoom appearance rather

Stipulation Regarding Excludable Time Periods Under Speedy Trial Act- 1

than in person. For this reason, counsel for the defendant set other matters on November 14. Additionally, counsel for the defendant has a preliminary hearing in People v. Nathan Valencia (Kern County Superior Court case no. BF189334A) that is scheduled for November 10, 2022. The Valencia case involves charges of second degree murder and the preliminary will last approximately 1 (one) day. November 11, 2022, is a court holiday for state courts. If the Valencia preliminary hearing does not conclude on November 10, 2022, it will continue on the morning of November 14. Counsel for the defendant's office is in Bakersfield, CA, which is approximately five hours (by car) from Sacramento. For all of these reasons, counsel for the defendant is not available to appear in person in Sacramento on November 14

c. Counsel for the defendant is available to appear in person on December 19, 2022, for status conference and change of plea in this matter. Counsel for the United States is also available for this date.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 31, 2022, to August 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  November 7, 2022              Humphrey & Thompson, Attorneys at Law

                                      By: /s/  Jared M. Thompson
                                              JARED THOMPSON, Attorney for
                                              Defendant, Fayth Jones

DATED:  November 7, 2022              United States Attorney's Office

                                      By: /s/  Jason Hitt
                                              JASON HITT
                                              Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

## ORDER

**IT IS SO FOUND AND ORDERED:**

The set Status Conference/Change of Plea Hearing is continued to December 19, 2022 at 9:00 a.m., and time is excluded between November 14, 2022 and December 19, 2022 under Local Code T4.

Dated: November 8, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE