JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Fayth Jones

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAYTH SHAMARIAH JONES,<br><br>Defendant | Case No. 2:20-CR-00032<br><br>**STIPULATION TO CONTINUE SENTENCING;**<br>**FINDINGS AND ORDER** |
|---|---|

The Defendant, FAYTH JONES, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Jason Hitt, hereby stipulate to continue the sentencing hearing and exclude time for the following reasons:

1. Defendant completed her presentence interview on February 21, 2023, with USPO Janice Slusarenko. The defense and USPO Slusarenko had set prior appointments to complete the presentence interview, however, those appointments had to be moved due calendar conflicts by both the USPO and defense counsel.

2. The parties have met and conferred via email to discuss a new sentencing date. Defense counsel and counsel for the United States agreed to a new sentencing date of May 8, 2023. USPO Slusarenko has indicated this date will allow her to complete her report with time allowed for informal and formal objections.

3. The government does not object to the continuance.

4. The parties stipulate and agree to a new sentencing date of May 8, 2023, and to the extent necessary, the defendant agrees to exclude time to accommodate that date.

Stipulation to Continue Sentencing Date- 1

1   **IT IS SO STIPULATED.**

2

3   DATED:  February 8, 2023                    Humphrey & Thompson, Attorneys at Law

4                                                By: /s/  Jared M. Thompson
                                                 Jared M. Thompson, Attorney for
5                                                Defendant, Fayth Jones

6

7   DATED:  February 8, 2023                    United States Attorney's Office

8                                                By: /s/  Jason Hitt
                                                 Jason Hitt
9                                                Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  [ORDER APPEARS ON FOLLOWING PAGE]

Stipulation to Continue Sentencing Date- 2

**ORDER**

**IT IS SO FOUND AND ORDERED:** The Sentencing date is reset for May 8, 2023 at 9:00 a.m.

Dated: February 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing Date- 3