Case 2:20-cr-00032-WBS   Document 199   Filed 05/17/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:20CR00032-01 WBS |
| Fayth Shamariah Jones ) | USM No: ***70188-510** |
| ) | |
| Date of Original Judgment: 05/22/2023 ) | |
| Date of Previous Amended Judgment: 05/13/2024 ) | David M. Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## (*CORRECTED) ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  41  months **is reduced to**  33 months.  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/13/2024  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 17, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE